IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERLEEN CAMPBELL, Administrator of the Estate of W.C. CAMPBELL, deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>COCA-COLA ENTERPRISES, INC., and DIXIE-NARCO, INC.,<br><br>Defendants. | No. 11-cv-01674 |

**DEFENDANT, DIXIE-NARCO, INC.'S AMENDED LOCAL RULE 56.1**
**STATEMENT OF UNDISPUTED MATERIAL FACTS**

The Defendant, Dixie-Narco, Inc. ("Dixie-Narco"), by its undersigned counsel, and pursuant to Local Rule 56.1, submits its Statement of Undisputed Material Facts in support of its Amended Motion for Partial Summary Judgment on Counts III and IV of the Complaint filed by Plaintiff, Erleen Campbell, Administrator of the Estate of W.C. Campbell, deceased.

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff was the wife of W.C. Campbell. At all times relevant hereto, Plaintiff resided in the City of Chicago, Cook County, Illinois. Plaintiff's Complaint. [1] Complaint at ¶ 1.

2. The Defendant, Coca Cola Refreshments USA, Inc., formerly known as Coca Cola Enterprises, Inc., is a Delaware corporation with its principal place of business in Atlanta, Georgia. Coca Cola's Petition and Notice of Removal. [1] Petition and Notice of Removal at ¶ 3.

3. Dixie Narco is a Delaware corporation with its principal place of business in Williston, South Carolina. [1] Petition and Notice of Removal at ¶ 3.

4. This is an action over which the District Court has diversity jurisdiction, pursuant

-2-

to 28 USC § 1332, as the matter exceeds the sum of $75,000, exclusive of interest and costs, and is between the citizens of different states.

5. Venue is appropriate in this judicial district pursuant to 28 USC § 1391(a)(2) and (3) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and because the Defendants were subject to personal jurisdiction at the time the suit was filed.

## PROCEDURAL HISTORY

6. On February 23, 2011, Plaintiff filed an eight count Complaint against the Defendants in the Circuit Court of Cook County, Illinois for the death of the Plaintiff's decedent, which allegedly resulted from an unsafe condition of a soft drink vending machine (the "Vending Machine"). [1]

7. Plaintiff's Complaint seeks damages and costs under negligence and product liability theories.

8. On March 10, 2011, Plaintiff's lawsuit was removed to the United States District Court for the Northern District of Illinois.

## BACKGROUND FACTS

9. Plaintiff claims that, on August 26, 2009, W.C. Campbell ("Campbell") was working at Ace Coffee Bar servicing the Vending Machine when he was electrocuted (the "Occurrence"). [1] Complaint at ¶ 5.

10. Plaintiff further alleges that the Vending Machine is a Model DN 501ECC/S11-9 manufactured and sold by Dixie-Narco. [1] Complaint at ¶ 5.

11. Counts III and IV of the Complaint allege causes of action against Dixie Narco based on a theory of strict products liability. Specifically, Plaintiff claims that, at the time Dixie-

Narco designed, manufactured and sold the Vending Machine, the Vending Machine was defective and not reasonably safe for its intended use. [1] Complaint at ¶¶ 8 and 9.

12. Dixie-Narco has conducted an investigation of the Occurrence. *See* Affidavit of James Mathis, Manager for Regulatory Compliance at Crane Merchandising Systems, Inc. ("Crane"), a copy of which is attached to Dixie-Narco's Amended Motion for Summary Judgment as Exhibit 1.

13. During the course of its investigation, which included an in-person inspection of the Vending Machine by Mr. Mathis, Dixie-Narco identified the serial number on the Vending Machine. *See* Mathis Affidavit at ¶ 7.

14. The serial number on the Vending Machine is 09136468AW. *See* Mathis Affidavit at ¶ 7.

15. The build record for the Vending Machine reflects that the Vending Machine was manufactured on March 26, 1998. Further the Vending Machine was sold to Coca-Cola Bottling Co. on March 26, 1998 and shipped to Coca-Cola on March 30, 1998. *See* Mathis Affidavit at ¶ 9.

16. The build records for Dixie-Narco vending machines are made and kept in a computer database by Dixie-Narco in the ordinary course of its business for the purpose of keeping track of each vending machine manufactured and sold by Dixie-Narco. Dixie-Narco creates the build record for each vending machine at the time the vending machine is built and updates the record when the machine is sold. *See* Mathis Affidavit at ¶ 8.

17. There is another method which can be used to identify the year the Vending Machine was manufactured. Dixie-Narco uses alpha characters to identify what year and quarter its vending machines are manufactured. In the case of the Vending Machine, the AW at the end

of the serial number represents the 1st quarter of 1998. The "A" represents the 1st quarter of the year and the "W" refers to 1998 as the year of manufacture. *See* Mathis Affidavit at ¶ 12.

18.  Dixie-Narco is a seller of vending machines. *See* Mathis Affidavit at ¶¶ 4, 7 and 8.

                      Respectfully submitted;

                      **DIXIE-NARCO, INC.**

                      By:    */s/ Bradley B. Falkof*
                              One of Its Attorneys

Bradley B. Falkof
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60657
Tel.: (312) 357-1313
Fax: (312) 759-5646

-5-

## CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2012, I caused a copy of **Dixie-Narco, Inc.'s Amended Local Rule 56.1 Statement of Undisputed Material Facts** to be served upon the following counsel of record via the Court's USDC ECF electronic filing system:

Michael A. Shammas
Brustin & Lundblad, Ltd.
100 West Monroe Street, 4th Floor
Chicago, IL 60603
mshammas@mablawltd.com

Brian T. Parsons
Brustin & Lundblad, Ltd.
100 W. Monroe Street, 4th Floor
Chicago, Illinois 60603
bparsons@mablawltd.com

Timothy J. McMahon
Widener & McAuliffe
One N. Franklin Street, Suite 1900
Chicago, Illinois 60606
tdmcmahon@wmlaw.com

Milo W. Lundblad
Brustin & Lundblad, Ltd.
100 West Monroe Street, Fourth Floor
Chicago, IL 60603
mlundblad@mablawltd.com

/s/ *Bradley B. Falkof*

CHDS01 736536v1